JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2015 APR 15  PM 4:59

| UNITED STATES OF AMERICA, | § | CRIMINAL NO.  EP-15-CR- |
|---|---|---|
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | CT 1: 18 USC § 1001(a)(2) |
| VICTOR MANUEL SOLIS, | § | False Statement |
| Defendant. | § | |

EP15CR0516

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(18 U.S.C. § 1001(a)(2))

That on or about March 16, 2015, in the Western District of Texas, Defendant,

**VICTOR MANUEL SOLIS,**

in a matter within the jurisdiction of the United States Department of Justice, FBI, a part of the Executive Branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in that Defendant, falsely represented to an FBI Special Agent that on March 14, 2015, Defendant crossed from the United States into the Republic of Mexico unaccompanied by H.S., when in truth and in fact, Defendant knew that on March 14, 2015, Defendant traveled from the United States into the Republic of

Mexico with H.S., and the Defendant's false statement was an attempt to prevent law enforcement from locating H.S., in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

**ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney